

| | | | |
|---|---|---|---|
| In re K.N.B.; Appeal of L.H. ........... | 1092 WDA 2016<br>Affirmed | 12/29/2016 | CP–02–AP–0000185–2015<br>(Allegheny) |
| Com. v. Thomas...................... | 2445 EDA 2015<br>Affirmed | 12/30/2016 | CP–51–CR–0002707–2014<br>(Philadelphia) |
| Com. v. Bradshear ................... | 2633 EDA 2015<br>Affirmed | 12/30/2016 | CP–51–CR–0010127–2014<br>(Philadelphia) |
| Com. v. Hunt ....................... | 2760 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 12/30/2016 | MC–51–CR–0028530–2012<br>(Philadelphia) |
| Com. v. Fernandez ................... | 3212 EDA 2015<br>Affirmed | 12/30/2016 | CP–46–CR–0006474–2007<br>(Montgomery) |
| Com. v. Hill ........................ | 3297 EDA 2015<br>Affirmed | 12/30/2016 | CP–51–CR–0002472–2014<br>(Philadelphia) |
| Com. v. Hill ........................ | 3298 EDA 2015<br>Affirmed | 12/30/2016 | CP–51–CR–0002454–2014<br>(Philadelphia) |
| Com. v. Carr........................ | 3324 EDA 2015<br>Vacated and<br>Remanded | 12/30/2016 | CP–23–CR–0000797–2013<br>(Delaware) |
| Com. v. Simpson .................... | 3749 EDA 2015<br>Affirmed | 12/30/2016 | CP–51–CR–1106411–2005<br>(Philadelphia) |
| Burda v. Doherty [26] ................. | 3800 EDA 2015<br>Affirmed | 12/30/2016 | 2014–27298<br>(Montgomery) |
| Com. v. Tucker ..................... | 3819 EDA 2015<br>Affirmed | 12/30/2016 | CP–51–CR–0000157–2011<br>(Philadelphia) |
| Com. v. Belcher..................... | 320 EDA 2016<br>Affirmed | 12/30/2016 | CP–45–CR–0000373–2015<br>(Monroe) |
| Com. v. Mora ....................... | 377 EDA 2016<br>Affirmed | 12/30/2016 | CP–15–CR–0002776–2013<br>(Chester) |
| Freedom Mortgage Corp. v. Basil....... | 1521 EDA 2016<br>Affirmed | 12/30/2016 | December Term, 2009<br>No. 120900858<br>(Philadelphia) |
| In the Interest of: F.R.P., Jr. ........... | 1870 EDA 2016<br>Affirmed | 12/30/2016 | CP–51–AP–0000920–2015<br>(Philadelphia) |
| Com. v. Betts ....................... | 1275 MDA 2015<br>Affirmed | 12/30/2016 | CP–22–CR–0001004–2014<br>(Dauphin) |

**26.** Petition for reargument denied February 24, 2017.